FILED

07/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0180

IN THE SUPREME COURT OF THE STATE OF MONTANA
**Cause No. DA 20-0180**

Cara Fennessy,

Plaintiff/Appellee,

-vs-

Mark Knight and Laura Knight,

Defendants/Third Party Plaintiffs/Appellants.

_____

Mark Knight and Laura Knight,

Third Party Plaintiffs/Appellants,

-vs-

HSBC Bank USA, National Association as
Trustee for Duetsche Alt-A Securities, Inc.,
Mortgage Pass-Through Certificates series
2007-AR3, and Specialized Loan Servicing, LLC,

Third Party Defendants/Appellees.

---

**On Appeal from the Montana Fourth Judicial District Court,
Missoula County
Hon. Leslie Halligan Presiding**

---

**ORDER**

---

1

Upon consideration of Specialized Loan Servicing, LLC, and HSBC Bank USA, National Association as Trustee for Duetsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates series 2007-AR3's Unopposed Motion for Extension of Time to File their Answer Brief in Response to Appellant's Opening Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellees are granted an extension of time to and including September 7, 2020, within which to prepare, file and serve their Answer Brief in Response to Appellant's Opening Brief on appeal.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 23 2020